**983** ELLIS vs. BOARD OF STATE AUDITORS, No. 15145; 65 N. W., 577; 2 D. L. N., 750.

To compel respondents to make a settlement with relator under

the provisions of joint resolution No. 16, passed by the legislature of 1895.

Denied December 24, 1895, on the ground that the resolution did not authorize the board to compromise the claim or surrender any part of the same.